**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Sulzer Spine-Tech, Inc. and<br>Sulzer Spine-Tech Surgical, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Medtronic Sofamor Danek, Inc., and<br>Medtronic Sofamor Danek U.S.A., Inc.,<br><br>Defendants. | Court File No. 00-2501 (MJD/SRN)<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

**STIPULATION**

WHEREAS, under the Court's Pretrial Scheduling Order, the disclosure of the identity and testimony of expert witnesses required by Rule 26(a)(2) is to be made on or before August 1, 2001 for plaintiffs and on or before September 4, 2001 for defendants; and

WHEREAS, the parties have agreed to an informal stay of discovery activities while they explore a voluntary resolution to this matter; and

WHEREAS, if the experts' deadlines in this matter remain unchanged, the parties will have to resume active discovery; and

WHEREAS, the parties agree that it would be mutually beneficial to provide sufficient time to fully explore voluntary resolutions before resuming active discovery;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the pretrial scheduling order in this matter be modified as follows:

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

2. Disclosure of the identity of expert witnesses required by Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By Plaintiffs on or before September 4, 2001.

   2. By Defendants on or before October 5, 2001.

Dated: June 12, 2001

FAEGRE & BENSON LLP

Kristen Ludgate

Ronald J. Lee
Attorney Reg. No. 200505
Kristen M. Ludgate
Attorney Reg. No. 286965

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for plaintiffs

Dated: June 12, 2001

MASLON EDELMAN BORMAN & BRAND, LLP

William Z. Pentelovitch
Attorney Reg. No. 85078
Wayne S. Moskowitz
Attorney Reg. No. 17936X

3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

Attorneys for defendants

**ORDER**

Based upon the foregoing stipulation,

IT IS SO ORDERED:

Dated: June 14, 2001

BY THE COURT

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

M1:761462.01