UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sulzer Spine-Tech Inc. and Sulzer Spine-Tech Surgical, Inc.,

Plaintiffs,

v.

Medtronic Sofamor Danek, Inc., and Medtronic Sofamor Danek USA, Inc.

Defendants.

Court File No.00-2501 (MJD/SRN)

**STIPULATION AND ORDER**

WHEREAS, on February 12, 2001, the Court in the above-captioned matter issued a Pretrial Scheduling Order;

WHEREAS, the parties are desirous of settling this matter and of avoiding the burden and expense of continued litigation;

WHEREAS, consistent with that desire, the parties have been engaged in, and are continuing to engage in, serious, good faith settlement negotiations that they hope and expect will result in a final resolution of this dispute, obviating the need for further discovery and trial preparation;

WHEREAS, in light of the settlement negotiations, and in anticipation that they will be able to achieve a negotiated resolution of this dispute, the parties have voluntarily limited their discovery and trial preparation and;

WHEREAS, as a result, the parties believe it will be impracticable to meet the deadlines in the Pretrial Scheduling Order; and

AUG 02 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties agree that certain deadlines in the Pretrial Scheduling Order should be extended so as to provide them an opportunity to conclude their settlement negotiations without engaging in unnecessary discovery and trial preparation.

NOW, THEREFORE, Plaintiffs and Defendants, through their respective counsel, hereby stipulate and agree that the Court may modify the Pretrial Scheduling Order in the following respects:

1. Discovery shall be commenced in time to be completed by December 3, 2001.

2. Plaintiffs' expert disclosures as required by the Pretrial Scheduling Order shall be made on or before October 1, 2001.

3. Defendants' expert disclosures as required by the Pretrial Scheduling Order shall be made on or before November 1, 2001.

4. All non-dispositive motions (except motions that seek to amend the pleadings) and supporting documents, including those that relate to discovery, shall be served and filed by December 17, 2001.

5. All dispositive motions shall be served, filed and heard by March 4, 2002.

6. This case shall be ready for trial on June 3, 2002, or upon resolution of any pending dispositive motions.

7. All other provisions of the Pretrial Scheduling Order shall remain in full force and effect.

APPROVED AND AGREED TO:

Dated: August 1, 2001

**FAEGRE & BENSON LLP**

By ______________________________
Ronald J. Lee (#200505)
Kristen M. Ludgate (#286965)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

**ATTORNEYS FOR PLAINTIFFS**

Dated: August 1, 2001

**MASLON EDELMAN BORMAN & BRAND, LLP**

By ______________________________
William Z. Pentelovitch (#85078)
Wayne S. Moskowitz (#17936X)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

**ATTORNEYS FOR DEFENDANTS**

# ORDER

Based upon the foregoing Stipulation,

**IT IS SO ORDERED.**

BY THE COURT:

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

Dated: August 1, 2001

155447

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500