**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Sulzer Spine-Tech, Inc. and Sulzer Spine-Tech Surgical, Inc., Plaintiffs, v. Medtronic Sofamor Danek, Inc., and Medtronic Sofamor Danek U.S.A., Inc., Defendants. | Court File No. 00-2501 (MJD/SRN) **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT** |

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: September 26, 2001

FAEGRE & BENSON LLP

Ronald J. Lee

Ronald J. Lee, Atty. Reg. No. 200505
Kristen M. Ludgate, Atty. Reg. No. 286965
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for plaintiffs

OCT 0 2 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 0 2 2001
DEPUTY CLERK

Dated: September 26, 2001

MASLON, EDELMAN, BORMAN & BRAUN LLP

William Z. Pentelovitch, Atty. Reg. No. 85078
Wayne S. Moskowitz, Atty. Reg. No. 17936X
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

Attorneys for defendants

## ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all claims in this action are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. Let judgment be entered accordingly forthwith.

Dated: Oct 2, 2001.

BY THE COURT

Michael J. Davis
United States Judge

M1:789820.01

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500