# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sulzer Spine-Tech, Inc. and
Sulzer Spine-Tech Surgical, Inc.

Plaintiffs,

Case No. Civil 00-2501 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Medtronic Sofamor Danek, Inc., and
Medtronic Sofamor Danek U.S.A., Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that all claims in this action are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATE: October 2, 2001

FRANCIS E. DOSAL, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk